IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WOOTEN,

       Plaintiff,                      No. CIV S-06-2789 FCD EFB PS

       vs.

THE CITY OF STOCKTON,

       Defendant.                FINDINGS & RECOMMENDATIONS

_____/

       Plaintiff, proceeding in this action pro se, has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302(21), pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has submitted an affidavit in support of his request, but the affidavit demonstrates that he cannot make the showing required by 28 U.S.C. § 1915(a)(1).

       Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action without prepayment of fees and costs or security therefor, by a person who submits an affidavit showing that he is unable to pay such costs or give security therefor. 28 U.S.C. § 1915(a)(1). An *in forma pauperis* applicant must demonstrate that because of his poverty, he cannot meet court costs and still provide himself and his dependents with the necessities of life.

1

*Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (affidavit is sufficient if it represents that the litigant is "unable to pay for the court fees and costs, and to provide necessities for himself and his dependents") (citing *Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948); *see also*, *Sears, Roebuck & Co. v. Charles W. Sears Real Estate, Inc.*, 865 F.2d 22, 23 (2d Cir. 1988) (denying *in forma pauperis* status where applicant had a net income of approximately $20,000).

Plaintiff's affidavit demonstrates that he is currently employed and makes approximately $3,000 per month. Plaintiff also states that he has no dependants, and that he owns a single family home, valued at about $400,000, on which he owes $240,000. Plaintiff has failed to demonstrate that he has insufficient assets to pay the filing fee and costs and provide the necessities of life for himself. The court therefore finds plaintiff has made an inadequate showing of indigence.

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's application to *proceed in forma pauperis* be DENIED, and plaintiff be given thirty days in which to pay the filing fee of $350.00.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within ten (10) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten (10) days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: January 11, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2