IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WOOTEN,

    Plaintiff,                                   CIV S-06-2789 FCD EFB PS

    vs.

THE CITY OF STOCKTON,                    ORDER

    Defendant.
_____/

    On February 14, 2007, plaintiff's application to proceed *in forma pauperis* was denied, and plaintiff was given thirty days leave to pay the filing fee. Plaintiff paid the filing fee on March 21, 2007, and on that same date, filed a "motion for relief" requesting "relief from payment of the filing fees" and citing delays in receiving his mail from his post office box. The court construes plaintiff's motion as a request that his payment of the filing fee be deemed timely.

    Good cause appearing, plaintiff's payment of the filing fee is hereby deemed timely filed. SO ORDERED.

DATED: April 11, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE