IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WOOTEN,

        Plaintiff,                                  CIV-S-06-2789 FCD EFB PS

        vs.

THE CITY OF STOCKTON,

        Defendant.                             <u>ORDER</u>

_____/

        On February 11, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

\\\\\

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed February 11, 2008, are ADOPTED;

2. Plaintiff's motion for summary judgment is denied;

3. Defendant's motion for summary judgment is granted;

4. Plaintiff's request for a three-judge court is denied; and,

5. The Clerk is directed to close the case.

DATED: February 29, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE